# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RODERICK KEITH KIMBROUGH, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 09-0702-WS-C |
| UNITED STATES OF AMERICA, | : CRIMINAL ACTION NO. 08-0150-WS |
| Respondent. | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 5, 2010, is **ADOPTED** as the opinion of this Court.

**DONE** this 28th day of March, 2011.

        s/WILLIAM H. STEELE
        CHIEF UNITED STATES DISTRICT JUDGE