# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RODERICK KEITH KIMBROUGH, | : |
| | : |
| Petitioner, | : |
| | : |
| vs. | CIVIL ACTION NO. 09-0702-WS-C |
| | : |
| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO. 08-0150-WS |
| | : |
| Respondent. | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's motion to vacate, set aside or correct sentence, filed pursuant to 28 U.S.C. § 2255, be **DENIED**. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 28th day of March, 2011.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE